UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -against-

RONALD PHILLIPS,

               Defendant.

------------------------------------x

<u>ORDER</u>

20 Civ. 8017 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the parties' notice that they have reached a settlement in principle on Plaintiff's remaining claims in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: April 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge